DOROTHY H. JAKOBS v. NED JAKOBS. MARIETTA JAKOBS.— Motion denied· Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ESTHER A. VAIL v. KATE CARLYLE VAIL.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM RUSSO v. ANGELINA RUSSO.— Motion denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH FURLAN and Another.— Motion granted. Appellants' time within which to file the record on appeal and appellants' points extended to and including January 29, 1932, with notice of argument for February 15, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STERLING CLAYTOR.— Motion granted. Appellant's time within which to file the record on appeal and appellant's points extended to and including January 30, 1932, with notice of argument for February 15, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARTHA E. ARMSTRONG v. ROGDON HOLDING CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. Claim of BENJ. FRINDEL.— Motion denied, with ten dollars costs, without prejudice to appellant to assert his lien upon the moneys in question upon the liquidator's accounting or first report. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ROSE RICHMAN GURENSON for Permission to Renew Application for Admission to the New York Bar in the Second Department.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HENRY HAUSER v. SOUTHERN BOULEVARD RAILROAD COMPANY and THE TEXAS COMPANY.— Motion denied and appellant's time within which to file the record on appeal as against defendant Southern Boulevard Railroad Company, and appellant's points, extended to and including January 5, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHRISTINA TAUER v. GEORGE J. BROWN and ARTHUR F. ENGEL.— Motion granted upon appellants' filing the bond required under section 593 of the Civil Practice Act, and the defendant Arthur F. Engel's filing an additional undertaking in the sum of $1,500 to secure payment of any deficiency judgment in excess of $5,000. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. SUTTON.— Motion granted in so far as to allow the record on appeal to be filed forthwith and appellant's points to be filed on or before January 1, 1932. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

J. L. HOPKINS & Co. v. D. L. SILVERMAN, Doing Business, etc.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.